DAVID SEROR, SBN 67488
9401 WILSHIRE BLVD., 9TH FLOOR
BEVERLY HILLS, CA 90212-2974
TEL  (310) 281-6323
FAX (310) 887-6856
EMAIL: serortrustee@ecjlaw.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HABITUAL LLC | § | Case No. 1:08-bk-11038-MT |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter       of the United States Bankruptcy Code was filed on
       .  The case was converted to one under Chapter 7 on                  .  The
undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                $

Funds were disbursed in the following amounts:

Payments made under an interim
disbursement
Administrative expenses
Other payments to creditors
Non-estate funds paid to 3rd Parties
Exemptions paid to the debtor
Other payments to the debtor

Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $          , for a total compensation of $          [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $          , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DAVID SEROR_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

| Case No: | 08-11038 | MT | Judge: TIGHE, MAUREEN | Trustee Name: | DAVID SEROR |
| --- | --- | --- | --- | --- | --- |

Case Name:    HABITUAL LLC

Date Filed (f) or Converted (c):    01/22/09 (c)

341(a) Meeting Date:    03/09/09

For Period Ending: 05/25/11

Claims Bar Date:    05/27/09

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 500.00 | 500.00 | | 0.00 | 500.00 |
| 2. FINANCIAL ACCOUNT - | 17,000.00 | 17,000.00 | | 8,581.12 | FA |
| 3. SECURITY DEPOSIT- LANDLORD | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE | Unknown | 0.00 | DA | 0.00 | FA |
| 5. CONTINGENT CLAIM- VARIOUS CLAIMS AGAINST SOJITZ CO | Unknown | 0.00 | DA | 0.00 | FA |
|    FOR INTENTIAL TORTS AND RELATED CLAIMS; GREENBERG TRAURIG, LLP, MILLER BARONDESS, LLP, RADCLIFFE & SAIKI, LLP FOR PROFESSIONAL NEGLIGENCE AND BREACH OF FIDUCIARY DUTIES. | | | | | |
| 6. PATENTS- HABITUAL, LLC -MARK OR COPYRIGHTS | Unknown | 0.00 | DA | 0.00 | FA |
| 7. LICENSES- RIGHT TO INTELLECTUAL PROPERTY OF HABITUAL, LLC. | Unknown | 0.00 | DA | 0.00 | FA |
| 8. CUSTOMER LISTS | Unknown | 0.00 | DA | 0.00 | FA |
| 9. OFFICE EQUIPMENT | 500.00 | 500.00 | | 0.00 | 500.00 |
| 10. MACHINERY AND SUPPLIES | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 11. INVENTORY | Unknown | 0.00 | DA | 0.00 | FA |
| 12. VARIOUS PRESENTLY UNKNOWN POTENTIAL CLAIMS | 0.00 | 0.00 | DA | 0.00 | FA |
|    FOR, INTERALIA, PREFERENTIAL TRANSFERS | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.91 | Unknown |

Value of Remaining Assets

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $19,000.00 | $19,000.00 | | $8,586.03 | $2,000.00 |

(Total Dollar Amount
in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ADMIN:  IN CLOSING' FINAL FILED 5/23/11.

CURRENT PERIOD ENDING 12/10:

Trustee has been unable to recover additional funds from Debtor's counsel and willl proceed to close
case with funds on hand.

INITIAL PERIOD ENDING 12-09:

This case was commenced as a voluntary Chapter 11 ON 2/20/08 and later converted to Chapter
7 on 01/22/09.  The initial 341(a) meeting was conducted on 03/09/09 and was continued from time to
time to 04/07/09 for requesting additional documents.  An asset report was filed on 04/07/09.

Debtor's Chapter 11 counsel is holding funds in which estate claims an interest.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

| | | |
|---|---|---|
| Case No: | 08-11038     MT     Judge: TIGHE, MAUREEN | |
| Case Name: | HABITUAL LLC | |

Trustee Name:   DAVID SEROR
Date Filed (f) or Converted (c):     01/22/09 (c)
341(a) Meeting Date:     03/09/09
Claims Bar Date:     05/27/09

PROFESSIONALS:
   N/A

ACCOUNTS:
   General and Money market opened

CLAIMS:
   Claims bar date set to 05/27/09

TAXES:
   Tax returns will be prepared at the closing of the case.

Last revised January 26, 2010 (JJUNG)

INITIAL ESTIMATED TFR DATE: 02/28/11

Initial Projected Date of Final Report (TFR): 02/28/11     Current Projected Date of Final Report (TFR): 02/28/11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-11038 -MT | Trustee Name: | DAVID SEROR |
|---|---|---|---|
| Case Name: | HABITUAL LLC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6641  GENERAL ACCOUNT |
| Taxpayer ID No: | *******3324 | | |
| For Period Ending: | 05/25/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/09 | 2 | FIRST REGIONAL BANK HABITUAL, LLC- DIP | TURNOVER OF FUNDS FROM DIP ACCT | 1129-000 | 8,581.12 | | 8,581.12 |
| 03/18/09 | | Transfer to Acct #*******6667 | Bank Funds Transfer | 9999-000 | | 8,481.12 | 100.00 |
| 08/13/09 | | Transfer from Acct #*******6667 | Bank Funds Transfer | 9999-000 | 0.83 | | 100.83 |
| 08/13/09 | 001001 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND# 016030867 | 2300-000 | | 0.83 | 100.00 |
| 03/19/10 | | Transfer from Acct #*******6667 | Bank Funds Transfer | 9999-000 | 10.49 | | 110.49 |
| 03/19/10 | 001002 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | 2010 BLANKET BOND PREMIUM BOND # 016030867 | 2300-000 | | 10.49 | 100.00 |
| * 08/26/10 | 001003 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Bond Premium EFFECTIVE 07/15/10 | 2300-003 | | 0.47 | 99.53 |
| * 08/31/10 | 001003 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Bond Premium recalculate blanket bond as of 7/23/10 | 2300-003 | | -0.47 | 100.00 |
| 08/31/10 | 001004 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Bond Premium- EFFECTIVE 07/15/10 | 2300-000 | | 0.69 | 99.31 |
| 11/15/10 | | Transfer from Acct #*******6667 | Bank Funds Transfer | 9999-000 | 0.69 | | 100.00 |
| 03/14/11 | | Transfer from Acct #*******6667 | Bank Funds Transfer | 9999-000 | 12.57 | | 112.57 |
| * 03/14/11 | 001005 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket Bond Disbursement | 2300-003 | | 12.57 | 100.00 |
| * 03/15/11 | 001005 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket Bond Disbursement | 2300-003 | | -12.57 | 112.57 |
| 03/16/11 | | Transfer from Acct #*******6667 | Bank Funds Transfer | 9999-000 | 0.06 | | 112.63 |
| 03/16/11 | | Transfer from Acct #*******6667 | Bank Funds Transfer | 9999-000 | 0.26 | | 112.89 |
| 03/16/11 | 001006 | INTERNATIONAL SURETIES, LTD 701 POYDRAS ST. Suite 420 NEW ORLEANS, LA 70139 | BLANKET BOND DISTRIBUTION | 2300-000 | | 12.89 | 100.00 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-11038 -MT
Case Name: HABITUAL LLC

Taxpayer ID No: *******3324
For Period Ending: 05/25/11

Trustee Name: DAVID SEROR
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6667 MONEY MARKET ACCOUNT

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/18/09 | | Transfer from Acct #*******6641 | Bank Funds Transfer | 9999-000 | 8,481.12 | | 8,481.12 |
| 03/31/09 | INT | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 8,481.15 |
| 04/30/09 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.19 | | 8,481.34 |
| 05/29/09 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,481.55 |
| 06/30/09 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,481.76 |
| 07/31/09 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,481.98 |
| 08/13/09 | | Transfer to Acct #*******6641 | Bank Funds Transfer | 9999-000 | | 0.83 | 8,481.15 |
| 08/31/09 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,481.37 |
| 09/30/09 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,481.58 |
| 10/30/09 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,481.79 |
| 11/30/09 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,482.01 |
| 12/31/09 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,482.23 |
| 01/29/10 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,482.44 |
| 02/26/10 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,482.64 |
| 03/19/10 | | Transfer to Acct #*******6641 | Bank Funds Transfer | 9999-000 | | 10.49 | 8,472.15 |
| 03/31/10 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,472.37 |
| 04/30/10 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,472.58 |
| 05/28/10 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,472.79 |
| 06/30/10 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,473.00 |
| 07/30/10 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,473.21 |
| 08/31/10 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,473.43 |
| 09/30/10 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,473.64 |
| 10/29/10 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,473.85 |
| 11/15/10 | | Transfer to Acct #*******6641 | Bank Funds Transfer | 9999-000 | | 0.69 | 8,473.16 |
| 11/30/10 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,473.37 |
| 12/31/10 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,473.59 |
| 01/31/11 | INT | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,473.81 |
| 02/28/11 | INT | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,473.88 |
| 03/14/11 | | Transfer to Acct #*******6641 | Bank Funds Transfer | 9999-000 | | 12.57 | 8,461.31 |
| 03/16/11 | | Transfer to Acct #*******6641 | Bank Funds Transfer | 9999-000 | | 0.06 | 8,461.25 |
| 03/16/11 | | Transfer to Acct #*******6641 | Bank Funds Transfer | 9999-000 | | 0.26 | 8,460.99 |
| 03/31/11 | INT | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,461.06 |
| 04/29/11 | INT | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,461.13 |

Total Of All Accounts 8,561.13

# Central District Of California
# Claims Register

### 1:08-bk-11038-MT Habitual LLC Converted 01/22/2009

| | |
|---|---|
| **Judge:** Maureen Tighe | **Chapter:** 7 |
| **Office:** San Fernando Valley | **Last Date to file claims:** |
| **Trustee:** David Seror (TR) | **Last Date to file (Govt):** 08/18/2008 |

| Creditor:          (19913274)<br>YKK USA INC<br>PO BOX 100181<br>ATLANTA GA 30384 | Claim No: 1<br>*Original Filed*<br>*Date:* 04/11/2008<br>*Original Entered*<br>*Date:* 04/15/2008 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Natan, Carlene<br>*Modified:* |
|---|---|---|
| Unsecured claimed:  $904.79<br>**Total**       **claimed: $904.79** | | *OK* |
| *History:*<br>Details   1-1  04/11/2008 Claim #1 filed by YKK USA INC, total amount claimed: $904.79 (Natan, Carlene ) | | |
| *Description:* | | |
| *Remarks:* | | |

| Creditor:          (20224835)<br>American and Efird Inc.<br>POB 507<br>Mt Holly NC 28120 | Claim No: 2<br>*Original Filed*<br>*Date:* 05/08/2008<br>*Original Entered*<br>*Date:* 05/09/2008 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ogier, Kathy<br>*Modified:* |
|---|---|---|
| Unsecured claimed:  $712.19<br>**Total**       **claimed: $712.19** | | *OK* |
| *History:*<br>Details   2-1  05/08/2008 Claim #2 filed by American and Efird Inc., total amount claimed: $712.19 (Ogier, Kathy ) | | |
| *Description:* | | |
| *Remarks:* | | |

| Creditor:          (20235683)<br>Center Bank<br>c/o Steven G. Polard<br>Perkins Coie LLP<br>1620 26th St, South Tower<br>Santa Monica, CA 90404 | Claim No: 3<br>*Original Filed*<br>*Date:* 05/14/2008<br>*Original Entered*<br>*Date:* 05/14/2008 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Polard, Steven<br>*Modified:* |
|---|---|---|
| Secured claimed:  $3201910.31<br>**Total**       **claimed: $3201910.31** | | *SECURED - N/O DISTRIBUTION* |
| *History:*<br>Details   3-1  05/14/2008 Claim #3 filed by Center Bank, total amount claimed: $3201910.31 (Polard, Steven ) | | |

| Description: | | |
|---|---|---|
| Remarks: | | |

| Creditor: (20289489)<br>Harry's Dye and Wash Inc<br>c/o Law Offices of Dale J Park<br>3345 Wilshire Blvd Ste 810<br>Los Angeles CA 90010 | Claim No: 4<br>Original Filed<br>Date: 05/27/2008<br>Original Entered<br>Date: 05/29/2008 | Status:<br>Filed by: CR<br>Entered by:<br>Modified: |
|---|---|---|
| Unsecured claimed: $305.00<br><br>Total claimed: $305.00 | *OK* | |
| History:<br>Details  4-1  05/27/2008 Claim #4 filed by Harry's Dye and Wash Inc, total amount claimed: $305 (Saunders, Marissa ) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (20341920)<br>American Express Bank FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim No: 5<br>Original Filed<br>Date: 06/11/2008<br>Original Entered<br>Date: 06/11/2008 | Status:<br>Filed by: CR<br>Entered by: Lee 1, Thomas<br>Modified: |
|---|---|---|
| Unsecured claimed: $30341.77<br><br>Total claimed: $30341.77 | *OK* | |
| History:<br>Details  5-1  06/11/2008 Claim #5 filed by American Express Bank FSB, total amount claimed: $30341.77 (Lee 1,<br>Thomas ) | | |
| Description: (5-1) Credit Card Debt | | |
| Remarks: | | |

| Creditor: (20353313)<br>PATH PRODUCTIONS LLC<br>C/O HERZICH & BLUM LLP<br>15760 VENTURA BL #2024<br>ENCINO CA 91436 | Claim No: 6<br>Original Filed<br>Date: 06/10/2008<br>Original Entered<br>Date: 06/13/2008 | Status:<br>Filed by: CR<br>Entered by: Dominguez, Amy<br>Modified: |
|---|---|---|
| Unsecured claimed: $2422356.16<br><br>Total claimed: $2422356.16 | *OK* | |
| History:<br>Details  6-1  06/10/2008 Claim #6 filed by PATH PRODUCTIONS LLC, total amount claimed: $2422356.16<br>(Dominguez, Amy ) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (20448047) | Claim No: 7 | Status: |
|---|---|---|

| Lauren Moshi<br>2012 Camfield Ave<br>Commerce, CA 90040 | *Original Filed Date:* 06/25/2008<br>*Original Entered Date:* 07/07/2008 | *Filed by:* CR<br>*Entered by:* Ogier, Kathy<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $5012.00 | |
|---|---|
| **Total    claimed: $5012.00** | *OK* |

*History:*
Details    7-1  06/25/2008 Claim #7 filed by Lauren Moshi, total amount claimed: $5012 (Ogier, Kathy )

*Description:*

*Remarks:*

| *Creditor:*    (20455692)<br>International Textile Group, Inc.<br>804 Green Valley Rd., Ste 300<br>Greensboro, NC 27408 | **Claim No: 8**<br>*Original Filed Date:* 07/02/2008<br>*Original Entered Date:* 07/08/2008 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ogier, Kathy<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $9735.66 | |
|---|---|
| **Total    claimed: $9735.66** | *OK* |

*History:*
Details    8-1  07/02/2008 Claim #8 filed by International Textile Group, Inc., total amount claimed: $9735.66 (Ogier, Kathy )

*Description:*

*Remarks:*

| *Creditor:*    (20692109)<br>CITY OF LOS ANGELES<br>OFFICE OF FINANCE TAX/PERMIT DIV<br>201 N MAIN ST RM 101 - CITY HALL<br>LOS ANGELES CA 90012 | **Claim No: 9**<br>*Original Filed Date:* 08/25/2008<br>*Original Entered Date:* 08/29/2008 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Clodfelter, Ellen<br>*Modified:* |
|---|---|---|

| Priority claimed: $5258.13 | |
|---|---|
| **Total    claimed: $5258.13** | *OK* |

*History:*
Details    9-1  08/25/2008 Claim #9 filed by CITY OF LOS ANGELES, total amount claimed: $5258.13 (Clodfelter, Ellen )

*Description:*

*Remarks:*

| *Creditor:*    (20289489)<br>Harry's Dye and Wash Inc<br>c/o Law Offices of Dale J Park<br>3345 Wilshire Blvd Ste 810<br>Los Angeles CA 90010 | **Claim No: 10**<br>*Original Filed Date:* 01/30/2009<br>*Original Entered Date:* 02/06/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Kinsley, Terri<br>*Modified:* |
|---|---|---|

CM/ECF U.S. Bankruptcy Court (v3.3? - LIVE)   Case 1:08-bk-11038-MT   Doc 79   Filed 07/22/11   Entered 07/22/11 13:27:37   Desc
Main Document   Page 10 of 17

Page 4 of 8

| Unsecured claimed: $305.00 | DUPLICATE OF CLAIM #4 |
|---|---|
| **Total**   **claimed: $305.00** | |

*History:*
Details   10-1 01/30/2009 Claim #10 filed by Harry's Dye and Wash Inc, total amount claimed: $305 (Kinsley, Terri )

*Description:*

*Remarks:*

---

| Creditor:   (19913267)<br>PRINTING PLUS<br>217 S ROBERTSON<br>BEVERLY HILLS CA 90211 | **Claim No: 11**<br>*Original Filed*<br>*Date:* 02/19/2009<br>*Original Entered*<br>*Date:* 02/23/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Gasparian, Ana<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $250.74 | OK |
|---|---|
| **Total**   **claimed: $250.74** | |

*History:*
Details   11-1 02/19/2009 Claim #11 filed by PRINTING PLUS, total amount claimed: $250.74 (Gasparian, Ana )

*Description:*

*Remarks:*

---

| Creditor:   (20353313)<br>PATH PRODUCTIONS LLC<br>C/O HERZICH & BLUM LLP<br>15760 VENTURA BL #2024<br>ENCINO CA 91436 | **Claim No: 12**<br>*Original Filed*<br>*Date:* 02/27/2009<br>*Original Entered*<br>*Date:* 03/05/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Arellano, Arturo<br>*Modified:* |
|---|---|---|

| Unknown claimed: $2422356.16 | DUPLICATE OF CLAIM 6 |
|---|---|
| **Total**   **claimed: $2422356.16** | |

*History:*
Details   12-1 02/27/2009 Claim #12 filed by PATH PRODUCTIONS LLC, total amount claimed: $2422356.16
(Arellano, Arturo )

*Description:*

*Remarks:*

---

| Creditor:   (23416606)<br>Franchise Tax Board<br>Special Procedures<br>POB 2952<br>Sacramento CA 95812-2952 | **Claim No: 13**<br>*Original Filed*<br>*Date:* 03/16/2009<br>*Original Entered*<br>*Date:* 03/19/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Natan, Carlene<br>*Modified:* |
|---|---|---|

| Unknown claimed: $0.01 | WRONG AMOUNT |
|---|---|
| **Total**   **claimed: $0.01** | |

*History:*
Details   13-1 03/16/2009 Claim #13 filed by Franchise Tax Board, total amount claimed: $0.01 (Natan, Carlene )

| Description: |
| Remarks: |

| Creditor:    (23416606)<br>Franchise Tax Board<br>Special Procedures<br>POB 2952<br>Sacramento CA 95812-2952 | Claim No: 14<br>*Original Filed*<br>*Date:* 03/16/2009<br>*Original Entered*<br>*Date:* 03/23/2009 | Status:<br>*Filed by:* CR<br>*Entered by:* Garcia, Patty<br>*Modified:* |
|---|---|---|

Unsecured claimed: $926.65
**Total        claimed: $926.65**            *OK* CHAPTER 11 CLAIM.

History:
Details    14-1 03/16/2009 Claim #14 filed by Franchise Tax Board, total amount claimed: $926.65 (Garcia, Patty )

*Description:* (14-1) Administrative

Remarks:

| Creditor:    (23838487)<br>CENTER BANK<br>CREDIT ADMINISTRATION DEPT<br>3435 WILSHIRE BLVD STE 700<br>LOS ANGELES CA 90010-1908 | Claim No: 15<br>*Original Filed*<br>*Date:* 05/21/2009<br>*Original Entered*<br>*Date:* 05/22/2009 | Status:<br>*Filed by:* CR<br>*Entered by:* Clodfelter, Ellen<br>*Modified:* |
|---|---|---|

Unsecured claimed: $1437612.69
**Total        claimed: $1437612.69**            *OK*

History:
Details    15-1 05/21/2009 Claim #15 filed by CENTER BANK, total amount claimed: $1437612.69 (Clodfelter, Ellen )

Description:

Remarks:

| Creditor:    (19913249)<br>CENTER BANK<br>2222 W OLYMPIC BLVD<br>LOS ANGELES CA 90006 | Claim No: 16<br>*Original Filed*<br>*Date:* 05/21/2009<br>*Original Entered*<br>*Date:* 05/29/2009 | Status:<br>*Filed by:* CR<br>*Entered by:* Dominguez, Amy<br>*Modified:* |
|---|---|---|

Unknown claimed: $0.00
**Total        claimed: $0.00**            *OK*

History:
Details    16-1 05/21/2009 Claim #16 filed by CENTER BANK, total amount claimed: $0 (Dominguez, Amy )

Description:

Remarks:

| Creditor:    (25080125)<br>TOKIO MARINE & NICHIDO FIRE INS<br>NICK BLAIRE | Claim No: 17<br>*Original Filed*<br>*Date:* 11/13/2009 | Status:<br>*Filed by:* CR<br>*Entered by:* Kinsley, Terri |
|---|---|---|

| 800 E COLORADO BL<br>PASADENA CA 91101 | Original Entered<br>Date: 11/18/2009 | Modified: |
|---|---|---|

| Unsecured claimed: $13327.00<br>**Total** claimed: **$13327.00** | *LATE FILED CLAIM* |
|---|---|

| History: |
|---|
| Details 17-1 11/13/2009 Claim #17 filed by TOKIO MARINE & NICHIDO FIRE INS, total amount claimed: $13327 (Kinsley, Terri ) |

| Description: |
|---|
| Remarks: |

| Creditor: (25080125)<br>TOKIO MARINE & NICHIDO FIRE INS<br>NICK BLAIRE<br>800 E COLORADO BL<br>PASADENA CA 91101 | Claim No: 18<br>Original Filed<br>Date: 11/13/2009<br>Original Entered<br>Date: 11/18/2009 | Status:<br>Filed by: CR<br>Entered by: Kinsley, Terri<br>Modified: |
|---|---|---|

| Unsecured claimed: $20545.25<br>**Total** claimed: **$20545.25** | *LATE FILED CLAIM* |
|---|---|

| History: |
|---|
| Details 18-1 11/13/2009 Claim #18 filed by TOKIO MARINE & NICHIDO FIRE INS, total amount claimed: $20545.25 (Kinsley, Terri ) |

| Description: |
|---|
| Remarks: |

| Creditor: (25080125)<br>TOKIO MARINE & NICHIDO FIRE INS<br>NICK BLAIRE<br>800 E COLORADO BL<br>PASADENA CA 91101 | Claim No: 19<br>Original Filed<br>Date: 11/13/2009<br>Original Entered<br>Date: 11/18/2009 | Status:<br>Filed by: CR<br>Entered by: Kinsley, Terri<br>Modified: |
|---|---|---|

| Unsecured claimed: $23099.50<br>**Total** claimed: **$23099.50** | *LATE FILED CLAIM* |
|---|---|

| History: |
|---|
| Details 19-1 11/13/2009 Claim #19 filed by TOKIO MARINE & NICHIDO FIRE INS, total amount claimed: $23099.5 (Kinsley, Terri ) |

| Description: |
|---|
| Remarks: |

| Creditor: (25236523) History<br>STATE BOARD OF EQUALIZATION<br>SPECIAL OPS BRNCH MIC 55<br>POB 942879<br>SACRAMENTO CA 94279 0055 | Claim No: 20<br>Original Filed<br>Date: 12/07/2009<br>Original Entered<br>Date: 12/09/2009 | Status:<br>Filed by: CR<br>Entered by: Marshall, Latanya<br>Modified: |
|---|---|---|

| Unsecured claimed: $887.90 | *OIC* |
| Total    claimed: $887.90 | *Chapter 11 claim.* |

*History:*
Details    20-1  12/07/2009 Claim #20 filed by STATE BOARD OF EQUALIZATION, total amount claimed: $887.9
(Marshall, Latanya )

*Description:*

*Remarks:*

---

| *Creditor:*    (25236523)    History<br>STATE BOARD OF EQUALIZATION<br>SPECIAL OPS BRNCH MIC 55<br>POB 942879<br>SACRAMENTO CA 94279 0055 | **Claim No: 21**<br>*Original Filed<br>Date:* 12/07/2009<br>*Original Entered<br>Date:* 12/11/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Gasparian, Ana<br>*Modified:* |

| Priority claimed: $897.17 | *Chapter 11 claim.* |
| Total    claimed: **$897.17** | |

*History:*
Details    21-1  12/07/2009 Claim #21 filed by STATE BOARD OF EQUALIZATION, total amount claimed: $897.17
(Gasparian, Ana )

*Description:*

*Remarks:*

---

| *Creditor:*    (23416606)<br>Franchise Tax Board<br>Special Procedures<br>POB 2952<br>Sacramento CA 95812-2952 | **Claim No: 22**<br>*Original Filed<br>Date:* 02/01/2010<br>*Original Entered<br>Date:* 02/02/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Natan, Carlene<br>*Modified:* |

| Unsecured claimed: $879.55 | *Chapter 7 PRIORITY claim.* |
| Total    claimed: $879.55 | |

*History:*
Details    22-1  02/01/2010 Claim #22 filed by Franchise Tax Board, total amount claimed: $879.55 (Natan, Carlene )

*Description:*

*Remarks:*

## Claims Register Summary

**Case Name:** Habitual LLC
**Case Number:** 1:08-bk-11038-MT
**Chapter:** 7
**Date Filed:** 02/20/2008
**Total Number Of Claims:** 22

|  | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $3967201.85 | |

| Secured | $3201910.31 | |
|---|---|---|
| Priority | $6155.30 | |
| Unknown | $2422356.17 | |
| Administrative | | |
| Total | $9597623.63 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/18/2011 14:23:33 | | | |
| PACER Login: | ds5645 | Client Code: | 80160-67 |
| Description: | Claims Register | Search Criteria: | 1:08-bk-11038-MT Filed or Entered From: 01/01/1980 Filed or Entered To: 1/3/2012 |
| Billable Pages: | 2 | Cost: | 0.16 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 1:08-bk-11038-MT
Case Name: HABITUAL LLC
Trustee Name: DAVID SEROR

Balance on hand                                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID SEROR | $ | $ | $ |
| Trustee Expenses: DAVID SEROR | $ | $ | $ |
| Fees: OFFICE OF THE UNITED STATES TRUSTEE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Franchise Tax Board | $ | $ | $ |
| Other: STATE BOARD OF EQUALIZATION | $ | $ | $ |

Total to be paid for prior chapter administrative expenses        $_____

Remaining Balance        $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | CITY OF LOS ANGELES | $ | $ | $ |
| 000022 | Franchise Tax Board | $ | $ | $ |

Total to be paid to priority creditors                    $_____

Remaining Balance                                       $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | YKK USA INC | $ | $ | $ |
| 000002 | American and Efird Inc. | $ | $ | $ |
| 000004 | Harry's Dye and Wash Inc | $ | $ | $ |
| 000005 | American Express Bank FSB | $ | $ | $ |
| 000006 | PATH PRODUCTIONS LLC | $ | $ | $ |
| 000007 | Lauren Moshi | $ | $ | $ |
| 000008 | International Textile Group, Inc. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000011 | PRINTING PLUS | $ | $ | $ |
| 000015 | CENTER BANK | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 14A | FRANCHISE TAX BOARD | $ | $ | $ |

Total to be paid to subordinated unsecured creditors    $_____

Remaining Balance    $_____